IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLENN MILLER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CAUSE NO. 05-CV-361-WDS |
| | ) |
| MERK & CO., INC., et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

**STIEHL, District Judge:**

The undersigned judge hereby **RECUSES** himself in this matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED:   July 20, 2005.**


s/ WILLIAM D.  STIEHL
DISTRICT JUDGE


Case reassigned to United States District Judge Michael J. Reagan.  All further pleadings shall bear the case number 05-361-MJR.